PROB 12C
(6/16)

Report Date: July 16, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armando Santana-Diaz          Case Number: 0980 2:12CR06045-WFN-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 19, 2013

Original Offense:      Count 1: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1)

Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i)

| | | |
|---|---|---|
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: September 14, 2018 |
| Defense Attorney: | Steve Hormel | Date Supervision Expires: September 13, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On July 2, 2020, a complaint was filed in the United States District Court for the Southern District of California, charging the offender with Attempted Entry After Deportation, in violation of 8 U.S.C. § 1326, Magistrate docket number 2:20MJ09400.<br><br>According to the complaint, on or about July 2, 2020, the offender was found in the United States approximately ½-mile North of the International Boundary Fence near Calexico, California, within the Southern District of California.  Records show the offender was ordered removed from the Untied States on September 14, 2018, and was removed from the United States to Mexico, on September 17, 2018, through San Ysidro, California. |

Prob12C
**Re: Santana-Diaz, Armando**
**July 16, 2020**
**Page 2**

2      **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

        **Supporting Evidence**: The offender is alleged he illegally reentered the United States without permission on or about July 2, 2020, as noted in violation 1.

        According to the Untied States Immigration and Customs Enforcement, the offender did not obtain permission to reenter the United States after being removed. The offender also admitted to entering into the United States illegally by climbing over the International Boundary Fence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 16, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/17/2020

Date